**Opinion issued August 28, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-18-00572-CV**

———————————

**IN RE ROXANNE MONIQUE KENNEDY, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator Roxanne Monique Kennedy seeks a writ of mandamus to compel the trial court to sign written orders denying her application for writ of habeas corpus and setting out the basis for the trial court's oral order sealing the court file.[1]

---

[1] The underlying case is *In the Matter of the Marriage of Christopher Kyle Kennedy and Roxanne Monique Kennedy and In the Interest of K.T.K. and R.V.A.K., Childern*, cause number 15-FD-2255, pending in the 306th District Court of Galveston County, Texas, the Honorable Anne Darring presiding.

We deny relator's petition. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Higley, Brown, and Caughey.